UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

N O T I C E

Please take notice that the civil action cases on the attached list pending in Boston have been transferred to JUDGE NATHANIEL M. GORTON for all further proceedings. From this date forward the number on all pleadings should be followed by the letters NMG to indicate assignment of the case to JUDGE GORTON. In addition, please ensure that all future correspondence with the Clerk's Office has the proper number and letters on the lower left hand corner of the envelope, as well as on the correspondence or pleading being filed.

PLEASE NOTE that unless otherwise notified by the Court, all scheduling deadlines set by judges previously assigned to these cases will be adhered to by Judge Gorton.

Questions concerning cases assigned to Judge Gorton may be directed to Craig Nicewicz, Courtroom Deputy at (617) 748-9158.

Thank you for your cooperation in this matter.

TONY ANASTAS, Clerk

By:   /s/   Lisa Hourihan
Deputy Clerk

Date:   June 24, 2004

Copies to:     Counsel

```
06/23/04         U.S. DISTRICT COURT - MASSACHUSETTS - CM/ECF SYSTEM         Page    4
                    Boston Civil Cases to be Reassigned to Judge Gorton
```

| DOCKET | DATE FILED | CASE TITLE |
|---|---|---|
| | | |

Judge :  Lindsay

| DOCKET | DATE FILED | CASE TITLE |
|---|---|---|
| 1:02cv12003 | 10/15/2002 | Walsh v. Town of Lakeville, et al |
| 1:03cv10280 | 02/12/2003 | City of Revere v. Boston/Logan Airport |
| 1:03cv10653 | 04/09/2003 | MacDougall v. Potter |
| 1:03cv10907 | 05/14/2003 | Swack v. Lehman Brothers Inc. |
| 1:03cv11109 | 06/09/2003 | Krodel v. Bayer Corporation |
| 1:03cv11942 | 10/03/2003 | DiLorenzo et al v. Massachusetts Turnpike Aut |
| 1:03cv12004 | 10/15/2003 | Igloo Products Corp. v. Thai Welltex Internat |
| 1:03cv12154 | 11/04/2003 | Securities and Exchange Commission v. Druffne |
| 1:03cv12205 | 11/10/2003 | Coopersmith et al v. Lehman Brothers Inc. |
| 1:03cv12355 | 11/21/2003 | Buffonge v. Prudential Insurance Company et a |
| 1:03cv12437 | 12/03/2003 | Yameen v. Eaton Vance Distributors, Inc. et a |
| 1:03cv12574 | 11/19/2003 | Lara v. Corsini |
| 1:03cv12634 | 12/31/2003 | New Haven Savings Bank v. Follins et al |
| 1:04cv10402 | 02/27/2004 | Kaplan v. First Hartford Corporation |
| 1:04cv10694 | 04/05/2004 | Maxwell Shoe Company, Inc. v. Edelman Shoe Co |
| 1:04cv10805 | 04/22/2004 | Allen v. Sunbridge Healthcare Corporation |
| 1:04cv10820 | 04/16/2004 | Solucorp Industries, LTD.; et al v. John Doe, |
| 1:04cv10982 | 05/17/2004 | Fakhri v. Riordan et al |

```
Total Cases for Judge
---------------------
           18
```